UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

September 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | ED EDCR No. 20 - 00002 JGB |
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 1344(2): Bank Fraud; 18 U.S.C. § 1708: Mail Theft; 18 U.S.C. § 1029(a)(2): Unlawful Use of an Unauthorized Access Device; 18 U.S.C. § 1028A(a)(1): Aggravated Identity Theft] |
| DANIEL CHRISTOPHER DELARA, BRANDON EVANS LOVETT, and ROBERT ANTHONY MORALES, | |
| Defendants. | |

The Grand Jury charges:

COUNTS ONE THROUGH FOURTEEN

[18 U.S.C. §§ 1344(2), 2]

[ALL DEFENDANTS]

A.  INTRODUCTORY ALLEGATIONS

At times relevant to this Indictment:

1.  American Express National Bank, Bank of America, BBVA Compass Bank, Citizens Business Bank, PNC Bank, Regions Bank, Union Bank, and US Bank (collectively, the "Banks") were financial institutions insured by the Federal Deposit Insurance Corporation.

2. Altura Credit Union, Clearpath Federal Credit Union, and One Nevada Credit Union (collectively, the "Credit Unions") were financial institutions insured by the National Credit Union Administration.

3. Macy's credit cards were issued by American Express National Bank.

B. THE SCHEME TO DEFRAUD

4. Beginning on a date unknown to the Grand Jury and continuing until at least on or about November 12, 2019, in San Bernardino and Riverside Counties, within the Central District of California, and elsewhere, defendants DANIEL CHRISTOPHER DELARA, BRANDON EVANS LOVETT, and ROBERT ANTHONY MORALES, together with others known and unknown to the Grand Jury, each aiding and abetting the others, knowingly and with intent to defraud, devised and executed a scheme to obtain money, funds, credits, assets, and other property in the custody and control of the Banks and the Credit Unions by means of material false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

5. The fraudulent scheme operated, in substance, as follows:

   a. Defendants LOVETT and MORALES would steal mail belonging to victims from various financial institutions. Defendants LOVETT and MORALES would steal the mail from victims before it reached the victims' mailboxes.

   b. Defendants LOVETT and MORALES would use the stolen mail to collect victims' personally identifiable information ("PII").

   c. Defendants LOVETT and MORALES would obtain names, dates of birth, social security numbers, and other PII of victims from other individuals.

   d. Defendants LOVETT and MORALES would provide PII to defendant DELARA.

   e. Defendant DELARA would use the PII to open an account at a credit union and a credit card bank account at a retail store in the name of a victim without authorization.

   f. Defendant DELARA would obtain credit or debit cards chargeable to those accounts in the victim's name.

   g. Defendants LOVETT and MORALES would open checking and savings accounts in their own names, for the purpose of depositing checks that they knew to be stolen, counterfeit, fraudulently obtained, or from accounts with insufficient funds.

   h. Defendants DELARA, LOVETT, and MORALES, and others known and unknown to the Grand Jury, would deposit and cause to be deposited checks that they knew were stolen, counterfeit, fraudulently obtained, or from accounts with insufficient funds, into bank, credit card, and credit union accounts.

   i. Defendants DELARA, LOVETT, and MORALES would use the fraudulent credit and debit cards to make unauthorized purchases at retail locations or to obtain cash from Automated Teller Machines ("ATM") or store clerks.

C. <u>THE EXECUTION OF THE FRAUDULENT SCHEME</u>

  6. On or about the following dates, in Riverside and San Bernardino Counties, within the Central District of California, and elsewhere, defendants DELARA, LOVETT, and MORALES, together with others known and unknown to the Grand Jury, each aiding and abetting the others, committed and willfully caused the commission of the following acts, each of which constituted an execution of the fraudulent scheme:

| COUNT | DEFENDANT | DATE | ACT |
|---|---|---|---|
| ONE | LOVETT | June 2, 2019 | Defendant LOVETT caused a Citizens Business Bank check in the amount of $21,792.73, drawn from victim Mission Tile West's checking account ending in 7929 and modified to be made payable to "ROBERT MORALES," to be deposited into an Altura Credit Union account ending in 0101. |
| TWO | MORALES | June 4, 2019 | Defendant MORALES caused a Bank of America check in the amount of $1,605.59, drawn from a Bank of America account ending in 9754 and made payable to "Robert Morales," to be deposited into an Altura Credit Union account ending in 0101. |
| THREE | LOVETT | June 7, 2019 | Defendant LOVETT caused a US Bank check in the amount of $300, drawn from victim D.B.'s 0197 account and made payable to "A.A.," to be deposited into an Altura Credit Union account ending in 0101. |
| FOUR | LOVETT | June 7, 2019 | Defendant LOVETT caused a Union Bank check in the amount of $264, drawn from victim D.D.'s 0399 account and made payable to "A.G.," to be deposited into an Altura Credit Union account ending in 0101. |
| FIVE | LOVETT | July 16, 2019 | Defendant LOVETT caused a BBVA Compass Bank check in the amount of $150 but modified to appear to be in the amount of $1,500, drawn from victims J.W.'s and D.F.'s joint 6501 account and modified to be made payable to "Brandon Lovett," to be deposited into a BBVA Compass Bank account ending in 4747. |

| COUNT | DEFENDANT | DATE | ACT |
|---|---|---|---|
| SIX | LOVETT | August 5, 2019 | Defendant LOVETT caused a Regions Bank check in the amount of $2,776.98, drawn from Infinity Claims's 1464 account and modified to be made payable to "Brandon Evans Lovett," to be deposited into a Clearpath Federal Credit Union account ending in 5800. |
| SEVEN | LOVETT and DELARA | August 19, 2019 | Defendants LOVETT and DELARA, each aiding and abetting the other, opened an Altura Credit Union account ending in 8290, using victim C.M.'s PII, without authorization. |
| EIGHT | DELARA | August 20, 2019 | Defendant DELARA caused a PNC Bank check in the amount of $1,317.08, drawn from CLC Lodging's 6041 account and modified to be made payable to "C.M.," to be deposited into an Altura Credit Union account ending in 8290. |
| NINE | DELARA | August 20, 2019 | Defendant DELARA charged $41.08 to an Altura Credit Union debit card ending in 3718 to pay for the sales tax levied on the purchase of a Samsung Galaxy S10 smartphone and a Samsung Galaxy tablet at Victra, a Verizon service provider store, in Moreno Valley, California. |
| TEN | DELARA | August 21, 2019 | Defendant DELARA charged $619.54 to a Macy's American Express card ending in 3823 in the name of victim C.M. to pay for clothing at a Macy's store in Moreno Valley, California. |

| COUNT | DEFENDANT | DATE | ACT |
|---|---|---|---|
| ELEVEN | MORALES | November 11, 2019 | Defendant MORALES charged $445.88 to a One Nevada Credit Union debit card ending in 4499 in the name of victim J.S. to obtain two separate cash advances for $300 and $125 and to pay the corresponding cashier fees at the San Manuel Casino in Highland, California. |
| TWELVE | MORALES | November 11, 2019 | Defendant MORALES charged $9.58 to a One Nevada Credit Union debit card ending in 4499 in the name of victim J.S. to pay for food at a Wienerschnitzel restaurant in Fontana, California. |
| THIRTEEN | MORALES | November 11, 2019 | Defendant MORALES charged $20.58 to a One Nevada Credit Union debit card ending in 4499 in the name of victim J.S. to pay for jewelry at a Walmart store in Redlands, California. |
| FOURTEEN | MORALES and LOVETT | November 11, 2019 | Defendants MORALES and LOVETT, each aiding and abetting the other, charged $548.00 to a One Nevada Credit Union debit card ending in 4499 in the name of victim J.S. to withdraw $300 and $240 in cash and to pay ATM fees at the San Manuel Casino in Highland, California. |

## COUNT FIFTEEN

[18 U.S.C. § 1708]

[DEFENDANT LOVETT]

On or about April 19, 2019, in Riverside County, within the Central District of California, defendant BRANDON EVANS LOVETT stole, took, and abstracted mail from and out of letter boxes, mail receptacles, and authorized depositories for mail matter, namely, a mailbox located on Box Springs Mountain Road in Moreno Valley, California, with the intent to deprive the owners of the mail, temporarily and permanently, of its use and benefit.

## COUNT SIXTEEN

[18 U.S.C. § 1028A(a)(1)]

[DEFENDANT LOVETT]

On or about June 7, 2019, in Riverside County, within the Central District of California, defendant BRANDON EVANS LOVETT knowingly possessed, without lawful authority, means of identification that defendant LOVETT knew belonged to another person, namely, the name, checking account number, and signature of victim D.B., during and in relation to the offense of Bank Fraud, a felony violation of Title 18, United States Code, Section 1344(2), as charged in Count Three of this Indictment.

COUNT SEVENTEEN

[18 U.S.C. § 1029(a)(2)]

[DEFENDANT DELARA]

On or about August 20, 2019, in Riverside County, within the Central District of California, defendant DANIEL CHRISTOPHER DELARA, knowingly and with intent to defraud, used an unauthorized access device (as defined in Title 18, United States Code, Sections 1029(e)(1) and (3)), namely, a social security number belonging to victim C.M., and by such conduct obtained things of value aggregating at least $1,000 during a one-year period, with said use affecting interstate and foreign commerce.

COUNT EIGHTEEN

[18 U.S.C. § 1028A(a)(1)]

[DEFENDANT DELARA]

On or about August 20, 2019, in Riverside County, within the Central District of California, defendant DANIEL CHRISTOPHER DELARA knowingly used, without lawful authority, means of identification that defendant DELARA knew belonged to another person, namely, victim C.M.'s social security number, during and in relation to the offense of Unlawful Use of an Unauthorized Access Device, a felony violation of Title 18, United States Code, Section 1029(a)(2), as charged in Count Seventeen of this Indictment.

## COUNT NINETEEN

[18 U.S.C. §§ 1708, 2(a)]

[DEFENDANTS LOVETT AND MORALES]

On or about August 22, 2019, in San Bernardino County, within the Central District of California, defendants BRANDON EVANS LOVETT and ROBERT ANTHONY MORALES, aiding and abetting each other, stole, took, and abstracted mail from and out of letter boxes, mail receptacles, and authorized depositories for mail matter, namely, mailboxes located on Jocelyn Lane in Yucaipa, California, with the intent to deprive the owners of the mail, temporarily and permanently, of its use and benefit.

COUNT TWENTY

[18 U.S.C. § 1028A(a)(1)]

[DEFENDANT MORALES]

On or about November 11, 2019, in San Bernardino County, within the Central District of California, defendant ROBERT ANTHONY MORALES knowingly used, without lawful authority, means of identification that defendant MORALES knew belonged to another person, namely, victim J.S.'s Nevada driver's license number and debit card account number, during and in relation to the offense of Bank Fraud, a felony violation of Title 18, United States Code, Section 1344(2), as charged in Count Eleven of this Indictment.

A TRUE BILL

/s/
_____
Foreperson

TRACY L. WILKISON
Attorney for the United States,
Acting Under Authority Conferred
By 28 U.S.C. § 515

*Brandon Fox*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

JOSEPH B. WIDMAN
Assistant United States Attorney
Chief, Riverside Branch Office

CHRISTIAN R. ACEVEDO
Special Assistant U.S. Attorney
Riverside Branch Office

12